TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00741-CV

Texas Department of Public Safety, Appellant

v.

Eric K. Dumas, Appellee

FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT

NO. B-99-1270-C, HONORABLE BARBARA L. WALTHER, JUDGE PRESIDING 

 Because appellant Texas Department of Public Safety has failed to file a brief, we
will dismiss the appeal for want of prosecution. See Tex. R. App. P. 38.8(a)(1), 42.3(b).

 The record in this cause was filed in this Court on November 21, 2000. On
March 13, 2001, the Clerk of this Court notified appellant that its brief was overdue and requested
that appellant submit a motion reasonably explaining the failure to file a timely brief by March
23, 2001. Thus far, appellant has not responded to this Court's request. 

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See Tex. R. App. P. 42.3(b).

Before Justices Kidd, B. A. Smith and Puryear.

Dismissed for Want of Prosecution

Filed: April 12, 2001

Do Not Publish